UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-06891-SVW-FFM | Date | January 18, 2017 |
|---|---|---|---|
| Title | Andres Gomez v. Judy Yee et al | | |

JS-6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   ORDER DISMISSING FOR LACK OF JURISDICTION AND FAILURE TO OPPOSE [9]

   Plaintiff Andres Gomez is a California resident with a physical disability that requires wheelchair use. Defendant Judy Yee owns Yee's Chinese Food, a restaurant. Plaintiff alleges that he visited Defendant's restaurant in March 2017, and then again in April 2017. Plaintiff alleges that during both visits Defendant failed to post the requisite parking signage indicating a "minimum fine of $250" or "unauthorized parking," and failed to have a level surface for the access aisles of the parking space or painted lines that comply with federal and state standards. In September 2017, Plaintiff filed a claim alleging violations of the Americans with Disabilities Act, the Unruh Civil Rights Act, California Disabled Persons Act, and California's Unfair Competition Act. Plaintiff seeks injunctive relief, all available damages, attorney's fees, prejudgment interest, and any other available relief the Court deems proper.

   Since September 2017, Plaintiff has not filed anything—other than the initial Complaint—before the Court. On December 20, 2017, Defendant filed a Motion to Dismiss for lack of jurisdiction. Defendant claims that the matter before the Court is moot because the parking spaces have been changed and are now compliant with state and federal law. The only available relief for Plaintiff's federal law claim is injunctive relief, which is no longer necessary.

   Defendant's counsel attempted to contact Plaintiff's counsel to meet-and-confer prior to filing the motion to dismiss; Plaintiff's counsel did not respond. Plaintiff's counsel has not filed an opposition to the motion, despite the deadline passing on January 2, 2018. Plaintiff's counsel has not provided the Court

|  | : |
|---|---|
| Initials of Preparer | PMC |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:17-cv-06891-SVW-FFM | Date | January 18, 2017 |
| Title | *Andres Gomez v. Judy Yee et al* | | |

with any rationale for the lack of opposition. Pursuant to Local Rule 7-12, the "Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion." L.R. 7-12. Accordingly, the Court deems Plaintiff's failure to file consent to the motion. The Court dismisses the case under Local Rule 7-12 and Rule 12(b)(1) of the Federal Rules of Civil Procedure for a lack of subject-matter jurisdiction.

:

Initials of Preparer    PMC